IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-40060-01-RDR |
| | ) | |
| MELANIE MORRISON, | ) | |
| Defendant. | ) | |

## O R D E R

**NOW** on this 1st day of September, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of sixty (60) days to file motions herein. The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

The Court finds that defense counsel requires additional time to confer with his client, as well as to investigate the relevant facts of the case, and to complete research to determine whether motions will be filed and to draft any motions.

The Court further finds that defense counsel is going to be out of the country from September 3 through September 16, 2011.

The Court further finds that the defendant has had some complications in her medical condition and is on bedrest and under a doctor's care. Counsel has met with her on one occasion, but needs to confer further with her. Due to her condition and his being out of the office the first part of September, no meeting can be scheduled for more than two weeks.

The Court further finds that failure to grant the extension would result in a miscarriage of justice and deny the defendant due process. The Court finds that the period of delay resulting from the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7) in that the ends of justice served by the granting of such motion outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the accused have additional time up to and including

October 31, 2011, to file motions in the above-entitled action, and the government shall have until November 8, 2011, to file responses. The hearing on said motions is hereby rescheduled to November 18, 2011, at 10:00 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/ Richard D. Rogers
RICHARD D. ROGERS
UNITED STATES DISTRICT JUDGE